# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 19-04218MJ-001-PCT-CDB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Brandee Lee Walker, | |
| Defendant. | |

The Court having considered the Defendant's Motion to Vacate Status Hearing and Transfer Case to Flagstaff District Magistrate Court (13), there being no objection thereto, and good cause therefor,

IT IS HEREBY ORDERED granting Defendant's Motion to Vacate Status Hearing and Transfer Case to Flagstaff District Magistrate Court (13). The Status Hearing set on October 3, 2019, at 9:30 AM is VACATED/RESET to October 9, 2019 at 9:30 am in Flagstaff, Arizona, location of the Court (123 N. San Francisco Street, First Floor, Flagstaff, Arizona, 86001).

Dated this 16th day of September, 2019.

_____
Camille D. Bibles
United States Magistrate Judge